NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


SENIOR HOME CARE, INC., a Florida  )
corporation,                       )
                                   )
      Petitioner,                  )
                                   )
v.                                 )    Case No.  2D17-3975
                                   )
DONNA ISABELL, an individual,      )
                                   )
      Respondent.                  )
_____)

Opinion filed February 16, 2018.

Petition for Writ of Certiorari to the Circuit
Court for Hillsborough County; Claudia R.
Isom, Judge.

Christopher L. DeCort and William P.
Cassidy, Jr., of Johnson & Cassidy, P.A.,
Tampa, for Petitioner.

Gary L. Printy, Jr. of Printy & Printy, P.A.,
Tampa, for Respondent.


PER CURIAM.

      Denied.


SILBERMAN, BLACK, and BADALAMENTI, JJ., Concur.